UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHEN D. TONNER,

                Plaintiff,

-against-                                      24 **CIVIL** 6913 (KMW)

## **JUDGMENT**

FIRSTSERVICE CORPORATION;
FIRSTSERVICE RESIDENTIAL ONTARIO;
NABILA NAWALEEN; MARIA DIMAKAS;
RICHARD A. ELIA; ANTONI CASALINUOVO;
ELIA ASSOCIATES; SHANTI E. BARCLAY;
DEO CONDOMINIUM LAWYERS;
PROFESSIONAL INDEMNITY COMPANY;
ATTORNEY GENERAL OF ONTARIO; LAW
SOCIETY OF ONTARIO,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 2, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing this action.

**Dated:** New York, New York

      July 8, 2025

                                            **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                  **BY:**            *K. Mango*

                                                **Deputy Clerk**